Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE** **FORM 3**

**HYUNDAI TRANSLEAD AND HYUNDAI DE MEXICO S.A. DE C.V.**

**Plaintiffs,**

**v.**

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**

**Defendant.**

**S U M M O N S**
**Court No. 26-03271**

**TO:** The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1. Hyundai Translead is a U.S. importer of the subject merchandise. Hyundai de Mexico S.A. de C.V. ("HYMEX") is a foreign producer of subject merchandise. Hyundai Translead and HYMEX were parties to the proceeding before the U.S. International Trade Commission ("ITC") now being challenged. Plaintiffs are interested parties within the meaning of Section 771(9)(A) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1677(9). Accordingly, Hyundai Translead and HYMEX have standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

(Name and standing of plaintiff)

2. Plaintiffs contest certain aspects of the U.S. International Trade Commission's final determination in the antidumping and countervailing duty investigations on Chassis and Subassemblies from Mexico, Thailand, and Vietnam, as published in Chassis and Subassemblies From Mexico, Thailand, and Vietnam; Determinations, 91 Fed. Reg. 35,554 (Int'l Trade Commission, June 11, 2026). The final antidumping and countervailing duty orders were published in the Federal Register on June 18, 2026. Certain Chassis and Subassemblies Thereof From Mexico and Thailand: Countervailing Duty Orders, 91 Fed. Reg. 36,800 (June 18, 2026) Certain Chassis and Subassemblies Thereof From Mexico, Thailand, and the Socialist Republic of Vietnam: Antidumping Duty Orders, 91 Fed. Reg. 36,806 (Dep't Commerce. June 18, 2026).

(Brief description of contested determination)

3. The contested Final Affirmative Injury Determination was issued on June 8, 2026.

(Date of determination)

4. The ITC published its Final Affirmative Injury Determination in the Federal Register on June 11, 2026.

(If applicable, date of publication in Federal Register of notice of contested determination)

/s/ Ron Kendler

Signature of Plaintiff's Attorney

07/17/2026

Date

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

Ron Kendler
Steptoe LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
(202) 429-1327
rkendler@steptoe.com

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)