# UNITED STATES COURT OF INTERNATIONAL TRADE

HYUNDAI TRANSLEAD and
HYUNDAI DE MEXICO S.A. de C.V.,
*Plaintiff*,

v.

UNITED STATES,
*Defendant*.

Ct. No. 26-03271-MMB

## ORDER

1. All later filings on this docket shall comply with these chambers' document formatting requirements.[1]

2. Counsel shall follow these chambers' instructions applicable to 28 U.S.C. § 1581(c) cases.[2]

Dated: August 27, 2026
New York, New York

/s/ *M. Miller Baker*
M. Miller Baker, Judge

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Document%20Formatting%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf.

[2] https://www.cit.uscourts.gov/sites/cit/files/Instructions%20to%20Counsel%20in%201581%28c%29%20Cases%20Assigned%20to%20Judge%20Baker.pdf.